IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

TAMAYA TALLEY                                                                                    PLAINTIFF

v.                                              Case No. 1:14-cv-01057

THE UNIVERSITY OF PHOENIX, INC.                                                   DEFENDANT

**ORDER**

    Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice. The Motion is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), as Defendant has not yet served an answer or motion for summary judgment. Accordingly, all Plaintiff's claims against Defendant are **DISMISSED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED**, this 27th day of February, 2015.

                                              /s/ Susan O. Hickey
                                              Susan O. Hickey
                                              United States District Judge